**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |
|---|---|
| ARIANNA GOODMAN, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 8:25-cv-02097-LKG |
| HOWARD LUTNICK, *et al.*, | ) Dated: September 12, 2025 |
| Defendants. | ) |

## SCHEDULING ORDER

On September 2, 2025, the Defendants filed a notice of intent to file a motion to dismiss the complaint, pursuant to Fed. R. Civ. P. 12(b)(1) and (b)(6), in the above-captioned matter. ECF No. 10. In light of the foregoing, the parties shall adhere to the following schedule for the briefing of the Defendants' motion:

| | |
|---|---|
| Defendants' motion to dismiss. | **September 26, 2025** |
| Plaintiffs' response in opposition. | **October 10, 2025** |
| Defendants' reply. | **October 17, 2025** |

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge