IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ARIANNA GOODMAN, *et al.*

    Plaintiffs,

v.

HOWARD LUTNICK, *et al.*

    Defendant.

Case No. 8:25-cv-02097-LKG

## ORDER

Upon consideration of Defendants' Consent Motion to Extend Briefing deadlines, it is this

_____ day of _____ 2025

**ORDERED** that the same be, and hereby is, **GRANTED**; and it is further

**ORDERED** that the parties shall adhere to the following schedule for the briefing of Defendants' Motion to Dismiss:

| | |
|---|---|
| Defendants' motion to dismiss | **October 3, 2025** |
| Plaintiffs' response in opposition | **October 17, 2025** |
| Defendants' reply | **October 24, 2025** |

_____
LYDIA KAY GRIGGSBY
United States District Judge