# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ARIANNA GOODMAN, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> HOWARD LUTNICK, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 8:25-cv-02097-LKG <br><br> Dated: September 23, 2025 |

## SCHEDULING ORDER

On September 12, 2025, the Court entered a Scheduling Order setting forth the schedule for the briefing of the Defendants' motion to dismiss, pursuant to Fed. R. Civ. P. 12(b)(1) and (b)(6), in the above-captioned matter. ECF No. 11. On September 15, 2025, the Defendants filed a consent motion to extend the deadlines set forth in the Court's September 12, 2025, Scheduling Order, because of the Defense Counsel's observance of Rosh Hashanah. ECF No. 12. In light of the foregoing, and for good cause shown, the Court: (1) **GRANTS** the Defendants' consent motion for an extension of time (ECF No. 12) and (2) **MODIFIES** the September 12, 2025, Scheduling Order (ECF No. 11), as follows:

| | |
|---|---|
| Defendants' motion to dismiss. | **October 3, 2025** |
| Plaintiffs' response in opposition. | **October 17, 2025** |
| Defendants' reply. | **October 24, 2025** |

**IT IS SO ORDERED.**

                                                    s/ Lydia Kay Griggsby
                                                    LYDIA KAY GRIGGSBY
                                                    United States District Judge