IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ARIANNA GOODMAN, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> HOWARD LUTNICK, *et al.* <br><br> Defendant. | Case No. 8:25-cv-02097-LKG |

**DEFENDANTS' MOTION TO DISMISS**

Defendants, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 12(b)(1) and (6) and this Court's September 23, 2025 Scheduling Order (ECF No. 13), move to dismiss Plaintiffs' Complaint for the reasons set forth in the accompanying memorandum of law, which is incorporated as if fully set forth herein.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

*/s/ Melissa E. Goldmeier*
Melissa E. Goldmeier (No. 18769)
Assistant United States Attorney
United States Attorney's Office
District of Maryland
36 South Charles Street, Fourth Floor
Baltimore, Maryland, 21201
(410) 209-4855
Melissa.Goldmeier@usdoj.gov