IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ARIANNA GOODMAN, et al.,<br><br>    *Plaintiffs*,<br><br>vs.<br><br>HOWARD LUTNICK, in his official capacity as Secretary of Health and Human Services, et al.,<br><br>    *Defendants*. | Case No.: 8:25-cv-02097-LKG |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Motion to Stay Due to Lapse of Appropriations (ECF No. 15), and Plaintiffs' Opposition thereto, it is hereby ORDERED that the Motion is DENIED.

IT IS SO ORDERED.

Dated: _____                  _____
                                                                               LYDIA KAY GRIGGSBY
                                                                               United States District Judge