AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| Arianna Goodman, et al., | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 8:25-cv-02097-LKG |
| Howard Lutnick, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs                                                                                                                                            .

Date:     10/16/2025                                                      /s/ Clayton L. Bailey
                                                                                        *Attorney's signature*

                                                                            Clayton L. Bailey (Bar No. 31812)
                                                                              *Printed name and bar number*
                                                                              Civil Service Law Center LLP
                                                                        1325 G Street NW, Suite 500, PMB 801
                                                                                   Washington, DC 20005

                                                                                            *Address*

                                                                              cbailey@civilservicellp.com
                                                                                       *E-mail address*

                                                                                     (202) 571-7836
                                                                                    *Telephone number*

                                                                                     (202) 449-7701
                                                                                       *FAX number*