**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

ARIANNA GOODMAN, et al.,

*Plaintiffs*,

vs.

HOWARD LUTNICK, in his official capacity as Secretary of Health and Human Services, et al.,

*Defendants*.

Case No.: 8:25-cv-02097-LKG

**[PROPOSED] ORDER**

Upon consideration of Defendants' Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), it is hereby ORDERED that the Motion is DENIED.

IT IS SO ORDERED.

Dated: ______________________

______________________________
LYDIA KAY GRIGGSBY
United States District Judge