**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| ARIANNA GOODMAN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>HOWARD LUTNICK, *et al.*,<br><br>Defendants. | ) | Civil Action No. 8:25-cv-02097-LKG<br><br>Dated: September 22, 2026 |

**ORDER**

In this putative class action matter, the Plaintiffs, Arianna Goodman, Sarah Scott, Christine Buckel and Jennifer Raulin, on behalf of themselves and other similarly situated individuals, bring claims under the Privacy Act, 5 U.S.C. § 552a, and the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202, against the Defendants, Secretary of Commerce Howard Lutnick, the United States Department of Commerce, the National Oceanic and Atmospheric Administration ("NOAA"), NOAA Administrator Dr. Neil Jacobs, the United States DOGE Service, the United States DOGE Service Temporary Organization, DOGE Administrator Amy Gleason, the United States Office of Personnel Management ("OPM"), OPM Director Scott Kupor, the Office of Management and Budget ("OMB"), and OMB Director Russel Vought, arising from the termination of their probationary employment with NOAA.[1] *See generally* ECF No. 1. The Government has moved to dismiss the complaint, pursuant to Fed. R. Civ. P. 12(b)(1) and (b)(6). ECF Nos. 14 and 14-1. The motion is fully briefed. ECF Nos. 14, 14-1, 18, 24 and 27. No hearing is necessary to resolve the motion. *See* L.R. 105.6 (D. Md. 2025).

In light of the foregoing, and for the reasons stated in the Court's Memorandum Opinion in this matter, the Court:

(1) **GRANTS-in-PART** the Government's motion to dismiss (ECF No. 14); and

[1] Neil Jacobs is the current Under Secretary of Commerce for Oceans and Atmosphere and the NOAA Administrator. National Oceanic and Atmospheric Administration, Dr. Neil Jacobs, https://www.noaa.gov/our-people/leadership/dr-neil-jacobs-2025 (last visited Sep. 22, 2026). The current Director of the United States Office of Personnel Management is Scott Kupor. Office of Personnel Management, OPM Director Scott Kupor, https://www.opm.gov/about-us/who-we-are/opm-director-scott-kupor/ (last visited Sep. 22, 2026).

(2) **DISMISSES** the complaint **WITHOUT PREJUDICE**.

It is further **ORDERED** that the Plaintiffs shall **FILE** a status report stating whether they seek to amend the complaint consistent with the Court's Memorandum Opinion, or if the Court should close the case, **on or before October 30, 2026**.

Judgment shall be entered accordingly.

Each party to bear own costs.

A Memorandum Opinion consistent with this Order shall issue.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge