**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

ARIANNA GOODMAN, et al.,

*Plaintiffs*,

vs.

HOWARD LUTNICK, in his official capacity as Secretary of Commerce, et al.,

*Defendants*.

Case No.: 8:25-cv-02097-LKG

**PLAINTIFFS' STATUS REPORT**

Plaintiffs submit this status report in response to the Court's September 22, 2026 Order dismissing Plaintiffs' original complaint without prejudice. Dkt. No. 32. Pursuant to that Order, *id.* at 2, Plaintiffs elect to seek leave to amend their complaint. Plaintiffs will file a motion for leave and proposed amended complaint by November 6, 2026.

Dated: October 30, 2025

Respectfully submitted,

*/s/ Clayton L. Bailey*
Clayton L. Bailey (Bar No. 31812)
**Civil Service Law Center LLP**
1455 Pennsylvania Ave NW, Suite 400
Washington, DC 20004
(202) 571-7836
cbailey@civilservicellp.com